:: DAVID JOHN THISTLE

Address: 5880 LA JOLLA BLVD #36, LA JOLLA, CA 92037

3  Telephone Phone: 619-603.2466

4  Email: spaceranger&hm1@icloud.com

**FILED**

Aug 06 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ franciscoh          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case No.:   **'21 CV 1414 JLS  MDD**

(assigned at time of filing)

DAVID JOHN THISTLE

,

Plaintiff(s),

FRANK LA ROSE
SEC. OF STATE, OHIO

**COMPLAINT**

,

Defendant(s).

## I.   RELATED CASES

    a.   Do you have other Civil Case(s) in this or any other federal court?

        ☒Yes    ☐No

    b.   If yes, please list the case numbers here:

        21CV1219WQAHMDD

## II.   STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

1. ON 07-15-2021, I RECIEVED, VIA U.S. P.S,
2. "OFFICIAL" OHIO STATE ELECTIONS FORMS
3. AND DOCUMENTS FOR THE 11TH OHIO SPECIAL
4. CONGRESSIONAL ELECTION. AFTER REVIEWING
5. THE DOCUMENT THE PLAINTIFF NOTICED
6. THE UNCONSTITUTIONAL CHANGES MADE. (SEE
7. ENCLOSURES 5 + 6.)
8.   ON JULY 16 + 17, THE PLAINTIFF, DAVID JOHN
9. THISTLE, FILED AN OFFICIAL E16-OHIO AND
10. F.B.I. TIPS CRIMINAL COMPLAINT. PLEASE SEE
11. ENCLOSURE 1, AND ENCLOSURE 2.
12.   ON APRIL 23, 2021 THE PLAINTIFF WITHDREW
13. THE MAXIMUM LOAN AMOUNT FROM HIS,
14. DAVID JOHN THISTLE, GOVT. LIFE INSURANCE
15. POLICY. RH-50065588 TO PAY ANY AND ALL
16. FEES AND EXPENSES FOR THE 11TH OHIO
17. SPECIAL ELECTION. GOVT POLICY MAY BE SEEN
18. AS ENCLOSURE #11.

NO FURTHER ENTRIES

1    **III.    RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*

2    *Do not use this space to state the facts of your claim.)*

3    1.) I PRAY THAT THE COURT SEES FIT TO

4    AWARD THE PLAINTIFF, 33 ADDITIONAL DAYS

5    FROM THE DATE OF THIS REQUEST TO BE

6    PLACED ON OHIO 11TH SPECIAL ELECTION

7    CONGRESSIONAL BALLOT.

8    THE PLAINTIFF, DAVID JOHN THISTLE, FURTHER

9    PRAYS FOR THE ADDITIONAL FISCAL

10    COMPENSATION OF $11,613,423 THOUSAND

11    DOLLARS. THE PLAINTIFF FURTHER REQUESTS

12    AN ADDITIONAL 72.1% OF FISCAL DAMAGE.

13    ALL IN TOTAL, THE PLAINTIFF, PAID OR

14    DAVID JOHN THISTLE, $8,373,277.98.

15    THE PLAINTIFF, DAVID JOHN THISTLE, RESPECTFULLY

16    PRAY FOR AN AUDIENCE IN COURT WITHOUT HASTE

17    DUE TO THE AFOREMENTIONED ELECTION.

18

19

20

21

22    NO FURTHER

23    ENTRIES

24

25

26

27

28

3

1

IV.     **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*

2           *pursuant to FRCP, Rule 38?)*

3                          ☐ Yes        ☒ No

4

5   I declare under penalty of perjury that the foregoing is true and correct.

6

7   06 AUG 2021                                                                          PAG-SE
    Date                                                   Signature

8                                    DAVID    JOHN    THISTLE
9                                    Printed Name

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# OHIO INSPECTOR GENERAL COMPLAINT FORM



**REPORT OF WRONGFUL ACT OR OMISSION BY STATE AGENCY OR EMPLOYEE**

## COMPLAINANT INFORMATION

| | |
|---|---|
| YOUR NAME: David John Thistle | Requesting Confidentiality? Yes ☐ No ☑ |
| | If yes, Why? |

**PERSONAL DATA**

Address: 5580 La Jolla Blvd. #360      City, State, Zip: La Jolla, CA 92037

   Email Address: david@thistle.world     Phone:       Cell Phone: 619-603-2466

**WORK DATA**

Name of Employer: Thistle for Congress 11th District    Position: Candidate for US Congress

   Email Address: david@thistle.world     Phone:       Cell Phone: 619-603-2466

## COMPLAINT DETAILS

**NAME OF STATE AGENCY INVOLVED:** SECRETARY OF STATE

### State Employee(s) or Individual(s) Involved

| | |
|---|---|
| Name: Frank LaRose | Position: Secretary of State ,OHIO |
| Contact Information: | |
| Name: | Position: |
| Contact Information: | |
| Name: | Position: |
| Contact Information: | |
| Name: | Position: |
| Contact Information: | |

### Witnesses

| | |
|---|---|
| Name: | Phone: work ☐ home ☐ _____ |
| | Address: work ☐ home ☐ _____ |
| Position: | Employer: |
| Name: | Phone: work ☐ home ☐ _____ |
| | Address: work ☐ home ☐ _____ |
| Position: | Employer: |
| Name: | Phone: work ☐ home ☐ _____ |
| | Address: work ☐ home ☐ _____ |
| Position: | Employer: |

EXSL. (T) . Pg 1

Have you reported this information to any other agency?  Yes ☑  No ☐

    If yes, which one(s)? Federal Bureau of Investigation and Federal Elections Commission

    What is the status of the matter?

Is there any civil, criminal, or administrative litigation pending in this matter?  Yes ☐  No ☑

    If yes, what is the current status?

How do you know about the information you are disclosing in this complaint?

    Personal or direct knowledge? Personal Knowledge

    Other (please explain)?

**Please provide a narrative of the alleged wrongdoing or omission** (add additional pages as needed)

3 counts of Violations of 10th Amendment of The United States Constitution by creating unconstitutional changes to Artice 1 of The United Sates Constitution on Official Ballot Candidate Forms for OHIO 11th Congressional District Special Election 2021. Please see attached e-mail complaint.

☑ I understand that by submitting this statement, I represent that the information contained herein is true and accurate to the best of my knowledge.  (Click to check the box)

Pursuant to §121.42 of the Ohio Revised Code, the Office of the Inspector General has authority to investigate wrongful acts or omissions that were committed by a state employee, state officer or by a person (including but not limited to, an individual, corporation, business, or association) doing business with the State of Ohio. The Office does not have authority to investigate the general assembly; any court; the Secretary of State, Auditor of State, Treasurer of State, Attorney General and their respective employees.

**IMPORTANT NOTE:  Simply completing this form will not automatically submit it to our Office. You must send the completed form via email, fax, or regular mail once you have filled in the required information.**

Complete and return this form to:
Office of the Ohio Inspector General, Attention: Intake Committee
30 East Broad Street, Suite 2940, Columbus, Ohio 43215-3414
Telephone: 614-644-9110 or 800-686-1525 FAX: 614-644-9504
4/06/2016          Website Address: watchdog.ohio.gov  Email Address: watchdog@oig.ohio.gov

Mail The UPS Store #0003 Outlook

## Fwd: Unconstitutional Criminal Actions of the OHIO Sec. of State.

David Thistle <spacerangeradm1@icloud.com>

Fri 16-Jul-21 02:06 PM

**To:** The UPS Store #0003 <store0003@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Please print.

Sent from my iPhone

Begin forwarded message:

> **From:** david@thistle.world
> **Date:** July 16, 2021 at 2:03:51 PM PDT
> **To:** watchdog@oig.ohio.gov
> **Cc:** tips@fbi.gov
> **Subject: Unconstitutional Criminal Actions of the OHIO Sec. of State.**

Dear OHIO Office of Inspector General,

Unfortunately and with deep regret, I have to inform you of the illegal and unconstitutional changes made by the Secretary of State's Office of OHIO to Article 1 of the US Constitution on several "Official Ballot Forms" required to become a Candidate for US Congress. Currently, after several phone calls and verbal debates, the Office of the Sec. of State in OHIO corrected the changes. However, changing your criminal activity to correct "Official Ballot Forms" during a truncated Special Congressional Election Cycle does not, I repeat DOES NOT hold you unaccountable for the criminal activity of altering the US Constitution Article 1 in accordance with the 10th Amendment.

Forms: 1.) Form No. 13-C Prescribed by Secretary of State (09-17) changed on website on Monday July 12, 2021 to: Form No. 13-C Prescribed by Secretary of State (06-21)

2.) Form No. 4-3-F Prescribed by Secretary of State (09-17) changed on website on Monday July 12, 2021 to: Form No. 3-F Prescribed by Secretary of State (06-21)

3.) Unnumbered Form dated 3.18.21 Titled: "UNITED STATES REPRESENTATIVE TO CONGRESS"   Note: No changes made to my knowledge for this form.
11th Congressional District Special Election
August 3, 2021-Primary Election
November 2, 2021-General Election

The creation of the unconstitutional "Official Ballot Forms" is in direct violation of the 10th Amendment of the United States Constitution. This is proof of Election Tampering within

the highest Election Oversight Office of OHIO (Secretary of State.) This is not only unacceptable in a "TIME SENSITIVE ELECTION CYCLE" it is in complete violation of the 10th Amendment and is in my view criminal.

When you are a Secretary of State it is of extreme importance to know the laws and requirements of the United States Constitution. To unconstitutionally and purposefully block Ballot Candidates is illegal.

I would like to respectfully request a full and thorough investigation into this matter. I would also like to respectfully request the immediate removal of Mr. Frank LaRose from the Office of Secretary of State for the criminal and unconstitutional changes to Article 1 "Requirements for Candidates for Congress" made by his Office to the "Official Ballot Candidate Forms" violating the 10th Amendment during the pending investigation.

I am willing to send you the unconstitutional "Official Ballot Candidate Forms" I previously printed off of the Secretary of State of OHIO website. Also, the unconstitutional "Official Ballot Candidate Forms" that were mailed to me by the OHIO, County of Cuyahoga Election's Office.

The enforcement and preservation of the LAWS of the US Constitution are near and dear to my heart. I swore my life to defend The Constitution of the United States against ALL enemies, foreign and domestic. Any State Official who arbitrarily or independently alters The Constitution of the United States without the proper authority as written in the 10th Amendment is the domestic enemy of every United States Citizen.

Hard copies of the unconstitutional aforementioned forms are available upon request. Also, times and dates of phone calls in regard to this matter are available as well. As a United States 100% Combat Related Disabled Veteran I will NEVER allow, idly sit by and watch, or approve of the blatant unconstitutional illegal activity that Mr. Frank LaRose, the Sec. of State of OHIO is guilty of.


Nemo me impune lacessit,

COPY

David John Thistle

Form No. 13-C Prescribed by Secretary of State (06-21)

# Declaration of Intent to be a Write-In Candidate
**Office of United States Senator or United States Representative**        *print clearly*

*R.C. 3513.041*

To be completed, signed by the candidate named herein, and filed with the appropriate county board of elections or, if the office is to be voted on statewide, the Secretary of State's Elections Division, not later than 4 p.m. of the 72nd day before the primary or general election, whichever is appropriate.

Filing must be accompanied by the fees indicated in R.C. 3513.10.

---

I, _DAVID JOHN THISTLE_ , the undersigned, declare under penalty of election falsification that my
<br>Name of Candidate

residence address is _TRANSIENT VETERAN_
_5550 LA JOLLA BLVD # 360_ , _LA JOLLA_ , _CA_ _92037-7651_
<br>Street Number and Address  City or Village     State    Zip Code
<br>(or Rural Route and Number)

I possess the necessary qualifications to be a candidate for the office of _UNITED STATES REPRESENTATIVE_ for:
_TO CONGRESS_

(Check one box and fill in the appropriate date) ☐ Full Term commencing _____ ,

or ☒ unexpired term ending _01/03/2023_ , in the _OHIO 11ᵗʰ CONGRESSIONAL DISTRICT._
<br>(Identify the state or district of the office)

I further declare if elected, I qualify therefor.

I desire to be a write-in candidate for the office stated above for:

(complete one of the following two options):

☐ Nomination of the _____ Party at the primary election to be held
<br>(Name of Political Party)

on the _____ day of _____ , _____ .
<br>(Month)        (Year)

☒ Election at the general election to be held on the _2ⁿᵈ_ day of _NOVEMBER_ , _2021_ .
<br>(Month)        (Year)

X _[signature]_
<br>(Signature of Candidate)

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

ENCL.3.
17

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ San Diego _____ } ss.

On 22 July 2021 _____ before me, Sharik Ali Sayed _____,
(here insert name and title of the officer)

personally appeared David John Thistle _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Seal

WITNESS my hand and official seal.

SHARIK ALI SAYED
COMM. #2356731
Notary Public - California
San Diego County
My Comm. Expires May 8, 2025
NR01    NR01

Signature of Notary

━━━━━━━━ Optional Information ━━━━━━━━

To help prevent fraud, it is recommended that you provide information about the attached document below.
***This is not required under California State notary public law.***

Document Title: Form 13-C: Declaration of Intent to be a Write-In Candidate    # of Pages: 1

## Notes

Office of United States Senator or United States Representative

_____

_____

_____

_____

_____

# FEC FORM 2
## STATEMENT OF CANDIDACY

| | | |
|---|---|---|
| 1. (a) Name of Candidate (in full)<br>DAVID JOHN THISTLE | | |
| (b) Address (number and street)<br>5580 LA JOLLA BLVD. #360 | ☐ Check if address changed | 2. FEC Candidate Identification Number |
| (c) City, State, and ZIP Code<br>SAN DIEGO, CA 92037 | | 3. Is This Statement ☒ New (N)  OR  ☐ Amended (A) |
| 4. Party Affiliation<br>UNAFFILIATED | 5. Office Sought<br>U.S. REP. TO CONGRESS | 6. State & District of Candidate<br>OHIO, 11TH OHIO DISTRICT |

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the 2021 election(s).
(year of election)

   **NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

# DAVID JOHN THISTLE

(b) Address (number and street)

# 5580 LA JOLLA BLVD #360

(c) City, State, and ZIP Code

# LA JOLLA, CA 92037

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.
   **NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| | JULY 26, 2021 |

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 52 U.S.C. §30109.

9-00068                                        FEC FORM 2 (REV. 02/2009)

# California Acknowledgment Form

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ San Diego _____ } ss.

On 28 July 2021 _____ before me, Sharik Ali Sayed _____ ,
(here insert name and title of the officer)

personally appeared David John Thistle _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Seal

SHARIK ALI SAYED
COMM. #2356731
Notary Public - California
San Diego County
My Comm. Expires May 8, 2025
NR01    NR01

WITNESS my hand and official seal.

Signature of Notary

═══════════════ Optional Information ═══════════════

To help prevent fraud, it is recommended that you provide information about the attached document below.
***This is not required under California State notary public law.***

Document Title: FEC Form 2: Statement of Candidacy _____ # of Pages: 1

## Notes

# UNITED STATES REPRESENTATIVE TO CONGRESS

## 11th Congressional District Special Election

### August 3, 2021 – Primary Election
### November 2, 2021 – General Election

PARTY CANDIDATE FOR PRIMARY
PETITION NUMBER:            4-2E
SIGNATURES:                 50 (Major Party)
                            25 (Recognized Minor Party)
FILING DEADLINE:            May 5, 2021 - 4:00 P.M. (90 days before the primary)
FILING FEE:                 $50.00 + $35.00 O.E.C. Fee = Total Fee $85.00

**INDEPENDENT CANDIDATE FOR GENERAL
PETITION NUMBER:            4-3F
SIGNATURES:                 SEE BELOW
FILING DEADLINE:            August 2, 2021 - 4:00 P.M. (day before primary)
FILING FEE:                 $50.00 + $35.00 O.E.C. Fee = Total Fee $85.00

| For Representative to Congress | NO. | ELECT 2021 | TERM LENGTH | DISTRICT & CURRENT OFFICE HOLDER | SIGNATURES INDEPENDENT CANDIDATE |
|---|---|---|---|---|---|
| | 4 | 1 | 1 Year | U. S. REPRESENTATIVE | 1% OF 2018 GOVERNOR VOTE |
| **(Unexpired Term Ending 1/3/2023)** | Files in Cuyahoga County (overlaps Summit County) | | | 11th Vacant (Marcia L. Fudge) | Min. – 2,566 Max. – 7,698 |

Term commences the fourth day of January (US Const, Am. XX §1) *← ? noon 3rd day of Jan when*

**Requirements:**   Must be an inhabitant of the state from which elected. *→ at time of elected!*
                    Must be a U.S. citizen for seven (7) years prior to election.
                    Minimum age: twenty-five (25) years.
                    Candidate does not have to live in the district to run.

*Article 2. US Constitution!*

A person holding an elective office for which candidates are nominated at a party primary may become a candidate for a different political party if the person completes and files the prescribed form 10-Y, Declaration of Intent to Change Political Party Affiliation, by 4 p.m. on April 5, 2021, the 30th day before the filing deadline for the August 3, 2021 Election. No person filing this form shall file another such form for a period of ten years. (ORC 3513.04, 3513.052, 3513.191).

**Designation of party for independent candidates refer to ORC 3505.03**

**DO NOT GIVE CONGRESSIONAL CANDIDATES ANY CAMPAIGN FINANCE INFORMATION OR FORMS. THEY MUST CONTACT THE FEDERAL ELECTION COMMISSION (FEC) at 1-800-424-9530 or http://www.fec.gov/ .**

**Reminder: Candidate Contact Information Sheet is Required When Filing**

3.18.21

Form No. 13-C Prescribed by Secretary of State (09-17)

# Declaration of Intent to be a Write-In Candidate

**Office of United States Senator or United States Representative**

*print clearly*

*R.C. 3513.041*

To be completed, signed by the candidate named herein, and filed with the appropriate county board of elections or, if the office is to be voted on statewide, the Secretary of State's Elections Division, not later than 4 p.m. of the 72nd day before the primary or general election, whichever is appropriate.

Filing must be accompanied by the fees indicated in R.C. 3513.10.

I, _____ , the undersigned, declare under penalty of election falsification that my
　　　　Name of Candidate

residence address is _____ , _____ , Ohio _____
　　　　　　　　　　　　Street Number and Address　　　　City or Village　　　　　　Zip Code
　　　　　　　　　　　　(or Rural Route and Number)

I possess the necessary qualifications to be a candidate for the office of _____ for:

(Check one box and fill in the appropriate date) ☐ Full Term commencing _____ ,

or ☐ unexpired term ending _____ , in the _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Identify the state or district of the office)

I further declare if elected, I qualify therefor.

I desire to be a write-in candidate for the office stated above for:

(complete one of the following two options):

☐ Nomination of the _____ Party at the primary election to be held
　　　　　　　　　　　(Name of Political Party)

on the _____ day of _____ , _____ .
　　　　　　　　　　　(Month)　　　　　　(Year)

☐ Election at the general election to be held on the _____ day of _____ , _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Month)　　　　　(Year)

X_____
　　　　　　　　　(Signature of Candidate)

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

# THE CONSTITUTION
# OF THE UNITED STATES

WE THE PEOPLE of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

## Article. I.

**Section. 1.** All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

**Section. 2.** The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

No Person shall be a Representative who shall not have attained to the Age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen.

[Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons.][1] The actual Enumeration shall be made within three Years after the first Meeting of the Congress of the United States, and within every subsequent Term of ten Years, in such Manner as they shall by Law direct. The Number of Representatives shall not exceed one for every thirty Thousand, but each State shall have at Least one Representative; and until such enumeration shall be made, the State of New Hampshire shall be entitled to chuse three, Massachusetts eight, Rhode-Island and Providence Plantations one, Connecticut five, New-York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.

When vacancies happen in the Representation from any State, the Executive Authority thereof shall issue Writs of Election to fill such Vacancies.

The House of Representatives shall chuse their Speaker and other Officers; and shall have the sole Power of Impeachment.

**Section. 3.** The Senate of the United States shall be composed of two Senators from each State, [chosen by the Legislature][2] thereof for six Years; and each Senator shall have one Vote.

Immediately after they shall be assembled in Consequence of the first Election, they shall be divided as equally as may be into three Classes. The Seats of the Senators of the first Class shall be vacated at the Expiration of the second Year, of the second Class at the Expiration of the fourth Year, and

---

1   Changed by section 2 of the Fourteenth Amendment.

2   Changed by the Seventeenth Amendment.

## Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia; when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

## Amendment VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

## Amendment VII

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

34

## Amendment VIII

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

## Amendment IX

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

## Amendment X

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

## Amendment XI[2]

The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

## Amendment XII[3]

The Electors shall meet in their respective states and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as

2    The Eleventh Amendment was ratified February 7, 1795.

3    The Twelfth Amendment was ratified June 15, 1804.

35

ENCLOSURE - 8



CHIEF TRISTE          CHIEF HATHAWY

ENCLOSURE 9 PG 1 OF 2



CHIEF DAVID FARLSTLE          MSG. DAVID MCINERNEY

ENCLOSURE 7 pg 2 OF 2

HARVARD UNIVERSITY
DIVISION/CONTINUING EDUCATION
Harvard Extension School
Harvard Summer School
   51 Brattle Street
   Cambridge, MA  02138
   Phone - (617) 495-0977

ACADEMIC TRANSCRIPT

*Susan E. McGee*

Not valid without official seal and signature

ISSUED TO:

   David Thistle
   158G Brittany Manor Dr
   Amherst, MA  01002

TRANSCRIPT OF:

Student Name:  David John Thistle
Student I.D.:  032588775
Date Printed:  July 11, 2001
Page Number:  1

| COURSE | TITLE | CREDITS | EARNED | LEVEL | GRADE |
|---|---|---|---|---|---|
| **Fall Term 1993** | | | | | |
| ANTH E-119 | Evolution and Human Health | 4.00 | 0.00 | UN | WD |
| CREA E-11J | Introduction to Poetry Writing | 4.00 | 0.00 | UN | WD |
| EXPO E-8 | Word Usage | 4.00 | 0.00 | UN | WD |
| MATH E-3 | Quant Reasoning:Practical Math | 4.00 | 0.00 | UN | WD |
| **Fall Term 1998** | | | | | |
| GOVT E-1340 | American Constitutional Law | 4.00 | 4.00 | UN | D plus |
| LSTU E-110 | Law & Ethics: Moral Decision | 4.00 | 4.00 | UN | C plus |
| **Spring Term 1999** | | | | | |
| PSYC E-1870 | Law and Psychology | 4.00 | 4.00 | UN | B plus |
| PSYC E-1882 | Clinical Psychopharmacology | 4.00 | 0.00 | UN | INC |
| **Fall Term 1999** | | | | | |
| BIOL E-176A | Human Physiology I | 4.00 | 0.00 | UN | E |
| BIOL E-1A | Molecular and Cellular Biology | 4.00 | 0.00 | UN | E |
| CHEM E-1A | General Chemistry I | 4.00 | 4.00 | UN | D |
| CSCI E-1 | Intro to PCs and the Internet | 4.00 | 0.00 | UN | E |

THIS IS AN OFFICIAL TRANSCRIPT MAILED TO THE STUDENT IN A SEALED ENVELOPE ENDORSED WITH THE REGISTRAR'S SIGNATURE
VOID IF ENVELOPE IS OPENED PRIOR TO RECEIPT
OFFICIAL RECORD ENDS AT THIS LINE



**VA** Department of Veterans Affairs

## APPLICATION FOR POLICY LOAN
## GOVERNMENT LIFE INSURANCE

Important Notice About Information Collection: We need this information to determine, establish or verify your eligibility for VA Insurance benefits (38 U.S.C. 5902). Title 38, United States Code, allows us to ask for this information. We estimate that you will need an average of 10 minutes to review the instructions, find the information, and complete this form. VA cannot conduct or sponsor a collection of information unless a valid OMB control number is displayed. You are not required to respond to a collection of information if this number is not displayed. Valid OMB control numbers can be located on the OMB Internet page at www.whitehouse.gov/library/omb/OMBINVC.html#VA. If desired, you can call 1-800-827-1000 to get information on where to send comments or suggestions about this form.
Privacy Act Notice: The VA will not disclose information collected on this form to any source other than what has been authorized under the Privacy Act of 1974 or Title 5, Code of Federal Regulations 1.526 for routine uses identified in the VA system of records, 36VA00, Veterans and Armed Forces Personnel U.S. Government Life Insurance Records-VA, published in the Federal Register. Your obligation to respond is required to obtain this benefit. Giving us your SSN account information is voluntary. Refusal to provide your SSN by itself will not result in the denial of benefits. The VA will not deny an individual benefits for refusing to provide his or her SSN unless the disclosure of the SSN is required by a Federal Statute of law in effect prior to January 1, 1975, and still in effect. The responses you submit are considered confidential (38 U.S.C. 5701).

**1. FIRST-MIDDLE-LAST NAME** (*Type or print*)

DAVID JOHN THISTLE

**2. INSURANCE FILE NUMBER**

F RH 5806 5588

**3. MAILING ADDRESS** (*Must be completed*)

5580 LA JOLLA BLVD SUITE 360
LA JOLLA, CA 92037

**4. SOCIAL SECURITY NUMBER**

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

**5. DAYTIME TELEPHONE NUMBER** (*Include Area Code*)

805-2466

**6. POLICY NUMBER(S) ON WHICH LOAN IS REQUESTED**

RH 4502 9756
RH 6470 (PARTIAL #)

**7. AMOUNT OF LOAN DESIRED** (*Check one*)

☐ $ _____ (AMOUNT)   OR   ☒ MAXIMUM LOAN

**8. IF YOU RECEIVE A DIVIDEND EACH YEAR, WOULD YOU LIKE THAT DIVIDEND TO REDUCE THE LOAN?**

☐ APPLY FUTURE DIVIDENDS TO PAY AN ANNUAL PREMIUM WITH THE REMAINING BALANCE APPLIED TO REDUCE THE LOAN

☐ APPLY EXISTING DIVIDEND CREDIT/DEPOSIT TO REDUCE LOAN PRINCIPAL

☐ APPLY FUTURE DIVIDENDS TO REDUCE LOAN PRINCIPAL

NOTE: Your VA compensation/pension or military retirement pay may be used to repay your loan. Please state the amount you would like deducted from your:

Military Retirement: $ _____   VA Compensation/Pension: $ 100.00 per mth

**IMPORTANT NOTICE: All new policy loans have a variable interest rate with a minimum rate of 5% and a maximum rate of 12%. The interest rate may change October of each year. The rate is based on the interest for long term Treasury bonds. Interest is payable yearly on the anniversary date of the loan.**

**9. FULL SIGNATURE OF INSURED** (*Do not print*)

*[signature]*

**10. DATE**

APRIL 23, 2021

**11. U.S TREASURY MANDATES YOU MUST RECEIVE THIS PAYMENT ELECTRONICALLY**

**BY DIRECT DEPOSIT (Please attach a voided personal check)**

(NOTE: The account must be in the name of the veteran. Direct Deposit will continue with all future payments to this account. You must notify us of any changes.)

**A. NAME OF FINANCIAL INSTITUTION**

ON FILE - USAA

**B. TRANSIT/ROUTING NUMBER**

**C. DEPOSITOR ACCOUNT NUMBER**

**D. TELEPHONE NUMBER OF FINANCIAL INSTITUTION**

**E. ADDRESS OF FINANCIAL INSTITUTION**

**F. TYPE OF DEPOSITOR ACCOUNT**

☐ CHECKING   ☐ SAVINGS

**IMPORTANT -** After this form has been completed and signed, it should be mailed to:
Department of Veterans Affairs
P.O. Box 7327
Philadelphia, PA 19101
NOTE: IF YOU PREFER, INSTEAD OF MAILING THIS FORM, IT MAY BE FAXED TO 1-888-748-5828
PLEASE DO NOT RETURN YOUR POLICY WITH THIS APPLICATION

**QUESTIONS ABOUT YOUR INSURANCE? CALL US TOLL-FREE AT 1-800-669-8477.**

VA FORM **29-1546**
JUL 2013

EXISTING STOCK OF VA FORM 29-1546, JUNE 2005, WILL NOT BE USED.

ENCLOSURE 11



# OHIO
# CANDIDATE
# REQUIREMENT GUIDE

**Frank LaRose**
*Ohio Secretary of State*

The information in this publication is current as of 08/14/2019. However, this publication may be revised at any time due to changes in Ohio or federal law. Please visit the Secretary of State's publications page at www.OhioSoS.gov/SOS/publications.aspx for the most current version.

— ENCLOSURE 12 —

# Candidate Requirement Guide

If you are considering running for office in Ohio, this guide can help you navigate the legal requirements to becoming a candidate. This guide is only a brief summary and not a complete digest of laws. The information in this guide is current as of the date printed on the front cover of this guide. Legislative or judicial action may change the information in this guide. For the most up-to-date information, visit the Ohio Secretary of State's website at www.OhioSoS.gov and always consult your own legal counsel

Refer to the sections below for the office you are seeking:

- Federal Offices
- Ohio General Assembly
- State Board of Education
- County Offices
- Judicial Offices
- Political Party Members

Each of these sections contains information on the terms of office and the conditions candidates must meet, including residency requirements, minimum or maximum ages, and other necessary qualifications. Each section also outlines different petition filing requirements, including deadlines, forms, filing fees and locations, and the number of signatures needed for each office.

Within this guide:

- "U.S. Const." refers to the United States Constitution.
- "OH Const." refers to the Ohio Constitution (www.OhioSoS.gov).
- "R.C." refers to the Revised Code of Ohio. (Visit codes.ohio.gov for more.)
- "O.A.G." refers to an Opinion of the Ohio Attorney General (www.ohioattorneygeneral.gov)

# Contents

*Federal Offices* ........................................................................................................... 6

   *President* ............................................................................................................... 6

   *U.S. Representative* ............................................................................................ 6

*Ohio General Assembly* ........................................................................................ 7

   *State Senator and State Representative* ........................................................ 7

*State Board of Education* ....................................................................................... 8

*County Offices* ......................................................................................................... 9

   *Commissioner, Coroner, Engineer, Prosecuting Attorney, Recorder, Sheriff, and Treasurer*.......... 9

*Judicial Offices* ...................................................................................................... 10

   *Supreme Court Justice* ..................................................................................... 10

   *Court Of Appeals Judge* .................................................................................. 11

   *Court Of Common Pleas Judge* ...................................................................... 12

   *County Court Judge* .......................................................................................... 13

   *Clerk of Courts* .................................................................................................. 14

*Political Party Controlling Committees* ............................................................. 15

   *Major Political Party, State Central Committee* ............................................ 15

   *Major Political Party, County Central Committee* ......................................... 16

   *Minor Parties* ..................................................................................................... 16

*Write-in Candidates* .............................................................................................. 17

*Political Party Affiliation of Candidates for Party Nomination* ...................... 18

*Independent Candidates* ...................................................................................... 18

*Restrictions on Filing for Multiple Offices* ......................................................... 19

*Petitions* ................................................................................................................. 20

   *Rules Governing Petitions* ............................................................................... 20

*Protests* ................................................................................................................... 22

   *Partisan Primary Election* ................................................................................ 22

      *Party Candidate* ......................................................................................... 22

      *Write-in Candidate* ................................................................................... 23

   *General Election* ................................................................................................ 23

      *Independent Candidate* ............................................................................ 23

      *Nonpartisan Candidate* ............................................................................ 23

*Write-in Candidate*..............................................................................................................................*23*

*Unexpired Term Elections (Vacancy in Office)*..........................................................................*23*

*Death or Withdrawal of Candidate*..............................................................................................*24*

    *Primary Election*.........................................................................................................................*24*

    *General Election*.........................................................................................................................*24*

*Education and Training Requirements*..........................................................................................*24*

*Campaign Finance Reporting*..........................................................................................................*24*

*Securing your Campaign*..................................................................................................................*25*

*Personal Financial Disclosure Statement*....................................................................................*25*

*2020 Ohio Elections Calendar*........................................................................................................*25*

*Most Populous Counties by District*..............................................................................................*26*

*Ohio Congressional Districts 2012-2022*......................................................................................*27*

*Ohio House Districts 2012-2022*....................................................................................................*28*

*Ohio Senate Districts 2012-2022*..................................................................................................*29*

*State Board of Education Districts 2012-2022*............................................................................*30*

*Ohio Court of Appeals Districts 2012-2022*..................................................................................*31*

# Federal Offices

## President

For more information, please refer to the 2020 Presidential Candidate Requirement Guide.

## U.S. Representative

**Term of Office**

Two years (U.S. Const. Art. I, §2)

**Qualifications**

- **Residency Requirement**: Must be an inhabitant of the state from which elected (U.S. Const. Art. I, §2)

- **Minimum Age**: 25 years (U.S. Const. Art. I, §2)

- **Other**: Must be a U.S. citizen for seven years prior to election (U.S. Const. Art. I, §2)

- **Filing Deadline**:

  - By 4 p.m. on December 18, 2019, (90 days before the primary election) for **party candidates**, or

  - By 4 p.m. on March 16, 2020, (the day before the primary election) for **independent candidates** (R.C. 3513.05, R.C. 3513.257)

- **Filing Fee**: $85 (R.C. 3513.10(A) and (B))

- **Petition Form Numbers**:

  - Form 2-E for party candidates (seeking nomination of a political party to the general election through the primary election)

  - Form 3-F for independent candidates (candidates unaffiliated with a political party seeking nomination to the general election)

- **File with**: Board of elections of the most populous county within the congressional district (R.C. 3513.05, R.C. 3513.257, R.C. 3513.261)

  See page 26 for a list of the most populous county for each district.

- **Signature Requirements**: (R.C. 3513.05, R.C. 3513.257)

  - **Major party candidates:** 50 signatures

  - **Recognized minor party candidates:** 25 signatures

  - **Independent candidates**: Based on the number of votes cast in the congressional district in the last general election for governor:

    | Number of votes cast | Number of signatures |
    | --- | --- |
    | Fewer than 5,000 | 25, or a number equal to 5 percent of the vote (whichever is less) |
    | 5,000 or more | 1 percent of vote |

# Ohio General Assembly

## State Senator and State Representative

### Term of Office

**Senator**: Four years (OH Const. Art. II, §2)

**Representative**: Two years (OH Const. Art. II, §2)

### Qualifications

- **Residency Requirement**: Must be a resident of the district, have resided in the district for one year immediately preceding the election and be a registered elector (OH Const. Art. II, §3, OH Const. Art. XV, §4, R.C. 3.15)

- **Filing Deadline**:
    - By 4 p.m. on December 18, 2019, (90 days before the primary election) for **party candidates**, or
    - By 4 p.m. on March 16, 2020, (the day before the primary election) for **independent candidates** (R.C. 3513.05, R.C. 3513.257)

- **Filing Fee**: $85 (R.C. 3513.10(A) and (B))

- **Petition Form Numbers**:
    - Form 2-F for party candidates (seeking nomination of a political party to the general election through the primary election)
    - Form 3-G for independent candidates (candidates unaffiliated with a political party seeking nomination to the general election)

- **File with**: Board of elections of the most populous county within the district (R.C. 3513.05, R.C. 3513.257, R.C. 3513.261)

    See page 26 for a list of the most populous county for each district.

- **Signature Requirements**: (R.C. 3513.05, R.C. 3513.257)
    - **Major party candidates:** 50 signatures
    - **Recognized minor party candidates:** 25 signatures
    - **Independent candidates**: Based on the number of votes cast in the district in the last general election for governor:

| Number of votes cast | Number of signatures |
|---|---|
| Fewer than 5,000 | 25, or a number equal to 5 percent of the vote (whichever is less) |
| 5,000 or more | 1 percent of vote |

# State Board of Education

**Term of Office**

Four years (R.C. 3301.02)

**Qualifications**

- **Residency Requirement**: Must be a qualified elector residing in the district (R.C. 3301.03, OH Const. Art. XV, §4)

- **Other:** Shall not, during the term of office, hold any other office of trust or profit or be an employee or officer of any public or private elementary or secondary school (R.C. 3301.03)

- **Filing Deadline**: By 4 p.m. on August 5, 2020, (90 days before the general election) (R.C. 3513.259)

- **Filing Fee**: $55 (R.C. 3513.10 (A) and (B))

- **Petition Form Number**:
  - Form 3-Z Nominating Petition for Member of the State Board of Education

- **File with**: Board of elections of the most populous county within the district (R.C. 3513.259)
  See page 26 for a list of the most populous county for each district.

- **Signature Requirements**: 100 signatures (R.C. 3513.259)

- ▪ **Recognized minor party candidates:** 25 signatures
- ▪ **Independent candidates:** Based on the number of votes cast in the county in the last general election for governor:

| Number of votes cast | Number of signatures |
|---|---|
| Fewer than 5,000 | 25, or a number equal to 5 percent of the vote (whichever is less) |
| 5,000 or more | 1 percent of vote |

# Judicial Offices

## Supreme Court Justice

### Term of Office

Six years (OH Const. Art. IV, §6, R.C. 2503.02, R.C. 2503.03)

### Qualifications

- **Maximum Age:** 70 years (OH Const. Art. IV, §6)
- **Residency Requirement:** Must be a qualified elector residing in Ohio (OH Const. Art. XV, §4, R.C. 2701.04)
- **Other:** Must be admitted to practice as an attorney in this state and have, for a total of at least six years preceding the commencement of the term, engaged in the practice of law in Ohio or served as a judge of a court of record in any jurisdiction in the U.S., or both (R.C. 2503.01)
- **Filing Deadline:**
  - ▪ By 4 p.m. on December 18, 2019, (90 days before the primary election) for **party candidates;** or
  - ▪ By 4 p.m. on March 16, 2020, (the day before the primary election) for **independent candidates** (R.C. 3513.05, R.C. 3513.257)
- **Filing Fee:** $150 (R.C. 3513.10(A) and (B))
- **Petition Form Numbers:**
  - ▪ Form 2-D for party candidates (seeking nomination of a political party to the general election through the primary election)
  - ▪ Form 3-E for independent candidates (candidates unaffiliated with a political party seeking nomination to the general election)
- **File with:** Ohio Secretary of State's Elections Division - Columbus (R.C. 3513.05, R.C. 3513.257, R.C. 3513.261)
- **Signature Requirements:** (R.C. 3513.05, R.C. 3513.257)
  - ▪ **Major party candidates:** 1,000 signatures
  - ▪ **Recognized minor party candidates:** 500 signatures

- **Independent candidates:** 5,000 signatures

## Court Of Appeals Judge

### Term of Office

Six years (R.C. 2501.02)

### Qualifications

- **Maximum Age**: 70 years (OH Const. Art. IV, §6)
- **Residency Requirement**: Must be a qualified elector residing in the district (OH Const. Art. XV, §4, R.C. 2701.04)
- **Other:** Must be admitted to practice as an attorney in this state and have, for a total of six years preceding the commencement of the term, engaged in the practice of law in Ohio or served as a judge of a court of record in any jurisdiction in the U.S., or both (R.C. 2501.02)
- **Filing Deadline**:
  - By 4 p.m. on December 18, 2019, (90 days before the primary election) for **party candidates;** or
  - By 4 p.m. on March 16, 2020, (the day before the primary election) for **independent candidates** (R.C. 3513.05, R.C. 3513.257)
- **Filing Fee**: $80 (R.C. 3513.10(A) and (B))
- **Petition Form Numbers:**
  - Form 2-FJ for party candidates (seeking nomination of a political party to the general election through the primary election)
  - Form 3-G for independent candidates (candidates unaffiliated with a political party seeking nomination to the general election)
- **File with**: Board of elections of the most populous county within the district (R.C. 3513.05, R.C. 3513.257, R.C. 3513.261)

  See page 26 for a list of the most populous county for each district.
- **Signature Requirements:** (R.C. 3513.05, R.C. 3513.257)
  - **Major party candidates:** 50 signatures
  - **Minor party candidates:** 25 signatures
  - **Independent candidates**: Based on the number of votes cast within the district in the last general election for governor:

| Number of votes cast | Number of signatures |
|---|---|
| Fewer than 5,000 | 25, or a number equal to 5 percent of the vote (whichever is less) |
| 5,000 or more | 1 percent of vote |

## County Court Judge

**Term of Office**

Six years (R.C. 1907.13)

**Qualifications**

- **Maximum Age**: 70 years (OH Const. Art. IV, §6)

- **Residency Requirement**: Must be a qualified elector residing in the county court district at the time of filing a nominating petition for the office or at the time of appointment to the office and during the judge's term of office (OH Const. Art. XV, §4, R.C. 1907.13)

- **Other:** Must be admitted to practice as an attorney in this state and have been, for a total of at least six years, engaged in the practice of law in Ohio (R.C. 1907.13)

- **Filing Deadline**: By 4 p.m. on August 5, 2020 (90 days before the general election) (R.C. 1907.13)

- **Filing Fee**: $80 (R.C. 3513.10(A) and (B))

- **Petition Form Number:**
  - Form 3-J Nominating Petition for Judge of the County Court

- **File with**: County board of elections (R.C. 3513.261)

- **Signature Requirements:** 50, or a number not less than 1 percent of the number of electors who voted for governor at the most recent general election for governor in the district, whichever is less (R.C. 1907.13)

## Clerk of Courts

### Term of Office

Four years (R.C. 2303.01)

### Qualifications

- **Residency Requirement**: Must be a qualified elector residing in the county (OH Const. Art. XV, §4, R.C. 3.15)
- **Filing Deadline**:
  - By 4 p.m. on December 18, 2019, (90 days before the primary election) for **party candidates**, or
  - By 4 p.m. on March 16, 2020, (the day before the primary election) for **independent candidates** (R.C. 3513.05, R.C. 3513.257)
- **Filing Fee**: $80 (R.C. 3513.10(A) and (B))
- **Petition Form Numbers:**
  - Form 2-G for party candidates (seeking nomination of a political party to the general election through the primary election)
  - Form 3-H for independent candidates (candidates unaffiliated with a political party seeking nomination to the general election)
- **File with**: County board of elections (R.C. 3513.05, R.C. 3513.257, R.C. 3513.261)
- **Signature Requirements**: (R.C. 3513.05, R.C. 3513.257)
  - **Major party candidates:** 50 signatures
  - **Recognized minor party candidates:** 25 signatures
  - **Independent candidates:** Based on the number of votes cast in the county in the last general election for governor:

| Number of votes cast | Number of signatures |
| --- | --- |
| Fewer than 5,000 | 25, or a number equal to 5 percent of the vote (whichever is less) |
| 5,000 or more | 1 percent of vote |

# Political Party Committee Members

## Major Political Party, State Central Committee

### <u>Term of Office</u>

**Democratic Party** – Four years, per party rules. (<u>R.C. 3517.03</u>) ***Note:*** *Members of the State Central Committee for the Democratic Party appeared on the ballot in 2018 and will not appear on the ballot again until 2022.*

**Republican Party** – Two years, per party rules. (<u>R.C. 3517.03</u>)

### <u>Qualifications</u>

- **Residency Requirement**: Must be a qualified elector residing in the district from which elected (<u>OH Const. Art. XV, §4, R.C. 3517.02</u>)

- **Filing Deadline**: By 4 p.m. on December 18, 2019 (90 days before the primary election) (<u>R.C. 3513.05</u>)

- **Filing Fee**: None (<u>R.C. 3513.10(C)</u>)

- **Petition Form Number:**
  - <u>Form 2-J</u> for candidates for Member of State Central Committee seeking to be elected in the party primary

- **File with**: Board of elections of the most populous county in the state senate or state congressional district, as determined by outgoing party controlling committee (<u>R.C. 3513.05, R.C. 3517.03</u>) **(For both major political parties, state central committee members are currently elected by state senatorial district.)**

  See page 26 for a list of the most populous county for each district.

- **Signature Requirements:** Five signatures (<u>R.C. 3513.05</u>)

# Major Political Party, County Central Committee

## Term of Office

Two or four years, per party rules (R.C. 3517.03)

## Qualifications

- **Residency Requirement**: Must be a qualified elector residing in the election precinct, city, ward or township from which elected, as determined by the outgoing committee ( OH Const. Art. XV, §4, R.C. 3517.02)

- **Filing Deadline**: By 4 p.m. on December 18, 2019 (90 days before the primary election) (R.C. 3513.05)

- **Filing Fee**: None (R.C. 3513.10(C))

- **Petition Form Numbers**:
  - Form 2-L or
  - Form 2-M, per party determination

- **File with**: County board of elections (R.C. 3513.05, R.C. 3517.03)

- **Signature Requirements**:
  - Form 2-L Five signatures, per party determination (R.C. 3513.05), or
  - Form 2-M No signatures, per party determination (R.C. 3513.051)

# Minor Parties

Prospective candidates of a minor party that has filed a party formation petition should follow the signature requirements and filing deadlines outlined in Chapter 13 of the Ohio Election Official Manual. Nominating petitions for use by prospective candidates of a minor party that has filed a party formation petition are available on the Secretary of State's website (Form 4-G).

Prospective candidates of a recognized minor party should follow the signature requirements and filing deadlines listed for minor party candidates in this guide below the office being sought.

# Write-in Candidates

Any person wanting to be a write-in candidate for most offices must file a Declaration of Intent to be a Write-In Candidate. Only write-in candidates who have filed a valid declaration of intent will have votes counted in the election for which the candidate filed. (R.C. 3513.041)

A write-in candidate must meet all of the qualifications of the office being sought. (Please review the qualifications in this guide for the specific office being sought.)

No write-in space may appear for the office of state central committee of a political party in Ohio. (O.A.G. 70-011)

- **Filing Deadline:**
  - **Write-in for Primary Election:** By 4 p.m. on January 6, 2020* (72 days before the primary election) (R.C. 3513.041)
  - **Write-in for General Election**: By 4 p.m. on August 24, 2020* (72 days before the general election) (R.C. 3513.041)

  ***Note:** In some instances, the statutory deadline falls on a day when the offices of the Secretary of State and boards of elections are closed.  In those instances, the deadlines are extended, pursuant to R.C. 1.14, to the next succeeding business day when the appropriate office is open for regular business hours. The preceding dates reflect the extended deadline.*

- **Filing Fee**: A write-in candidate must pay the same filing fee as any other candidate for the office. Please review the filing fee information in this guide for the specific office being sought. (R.C. 3513.10)

- **Form Numbers:**
  - Form 13 all offices except United States Representative
  - Form 13-C United States Representative

- **File with**: A write-in candidate must file their Declaration of Intent to be a Write-In Candidate form with the appropriate county board of elections or the Secretary of State's office, as applicable. Please review the "File with" section in this guide for the specific office being sought. (R.C. 3513.05)

# Political Party Affiliation of Candidates for Party Nomination

A person may be a candidate for nomination of any political party at a primary election (regardless of party affiliation established by voting in a prior partisan primary) if either of the following apply:

- The person does not hold elective office, or
- The person holds an elective office for which candidates are not nominated at a primary election.

However, a person holding an elective office for which candidates are nominated at a party primary may become a candidate for a different political party if the person completes and files the Secretary of State's prescribed Form 10-Y, Declaration of Intent to Change Political Party Affiliation, **by 4 p.m. on the 30th day before the filing deadline for the primary election.** The completed Form 10-Y must be filed with the same office (e.g., Secretary of State, county board of elections) with which the person is required to file the declaration of candidacy and petition.

A person may file such declaration of intent only once during a period of 10 years after first filing a declaration of intent. (R.C. 3513.191)

Please see R.C. 3513.04 and R.C. 3513.052 for further candidacy information.

# Independent Candidates

An independent candidate must actually be unaffiliated from any political party, and the required claim of being unaffiliated must be made in good faith in order for the candidate to be qualified to run as an independent candidate. *Morrison v. Colley*, 467 F.3d 503 (6th Cir. 2006); *Jolivette v. Husted*, 694 F.3d 760 (6th Cir. 2012); *State ex rel. Davis v. Summit County Board of Elections*, 137 Ohio St.3d 222 (2013); *State ex rel. Morris v. Stark County Board of Elections*, 143 Ohio St.3d 507 (2015).

At the time a prospective independent candidate (other than a candidate for judicial office) files their nominating petition, the candidate may request to have the designation "nonparty candidate" or "other party candidate" printed underneath the candidate's name on the ballot. The designation "independent" may not appear on the ballot. Such request must be given to the office at which the nominating petition was filed. (R.C. 3505.03, R.C. 3513.257)

Please review the information regarding office qualifications, signature requirements, and filing deadlines for the specific office being sought. More information about independent candidates may also be found in Advisory 2007-05.

# Restrictions on Filing for Multiple Offices

No person shall seek nomination or election to any of the following offices or positions at the same election by filing a declaration of candidacy and petition, Declaration of Intent to be a Write-In Candidate, or a nominating petition; by becoming a candidate through a party nomination in a primary election; or by filling of a vacancy under R.C. 3513.30 or R.C. 3513.31:

1. Two or more state offices;

2. Two or more county offices;

3. A state office and a county office;

4. A federal and a state or county office; or

5. Any combination of two or more municipal or township offices, positions as a member of a city, local, or exempted village board of education, or position as a member of a governing board of an educational service center. (R.C. 3513.052)

The only exception to this prohibition is if a person "timely withdraws" their candidacy. A candidate who timely withdraws their candidacy prior to board action on their petition and prior to the filing deadline may file a new petition for the same or a different office in the same election as the withdrawn petition. (*State ex rel. Coble v. Lucas County Board of Elections*, et al., 130 Ohio St.3d 132 (2011))

Pursuant to R.C. 3513.052(H)(2), "timely withdraws" means either of the following:

1. Withdrawing as a candidate before the applicable filing deadline for filing a declaration of candidacy, Declaration of Intent to be a Write-In Candidate, or nominating petition for the subsequent office for which the person is seeking to become a candidate at the same election, or

2. Withdrawing as a candidate before the applicable deadline for the filling of a vacancy under sections R.C. 3513.30 or R.C. 3513.31 of the Revised Code, if the person is seeking to become a candidate for a subsequent office at the same election under either of those sections.

A candidate may withdraw only their candidacy. Once filed, a candidate may not withdraw the petition or other forms used to initiate the candidacy.

Candidates may also review Chapter 12 of the Ohio Election Official Manual for information about candidacies and/or consult with private legal counsel.

## Petitions

County boards of elections will provide at least one copy of a candidate petition form upon request. Candidates may make additional copies of the form as it is provided by the county board of elections.

Once the candidate has completed filling out and signing the petition, this signed part-petition may be copied prior to obtaining any elector signatures on the part-petitions. However, this original signed part-petition must be filed with the other part-petitions at the office of the appropriate filing entity. (R.C. 3513.09, R.C. 3513.261)

## Rules Governing Petitions

Below is an overview of the rules governing petitions. For additional information on rules governing petitions, please see Chapter 11 of the Ohio Election Official Manual.

1. The Declaration or Statement of Candidacy portion of each petition paper must be completely filled out and signed by the candidate(s) before being circulated. (R.C. 3513.07, R.C. 3513.09, R.C. 3513.261)

2. Candidates must designate the correct term commencing date on the declaration of candidacy or nominating petition, if more than one seat of that office is to be elected at the election. (R.C. 3513.08, R.C. 3513.28)

3. Only qualified electors who are eligible to vote on the candidacy may sign a petition. An elector's qualifications are determined as of the date the petition is filed. (R.C. 3501.38(A))

4. Each signature, written in ink, must be an original signature of an elector or the elector's duly appointed attorney-in-fact who is acting pursuant to R.C. 3501.382. Generally, signing or affixing a signature to petition requires a person's written, cursive-style legal mark written in that person's own hand unless the elector does not use a cursive-style mark during the course of their regular business or legal affairs. However, a voter with a disability may personally affix their signature through the use of a reasonable accommodation, including the use of assistive technology or an augmentative device such as a signature stamp. (R.C. 3501.011, R.C. 3501.382(F) and related O.A.G. 2015-012)

5. Each signer's residence address and the date of signing must be placed on the petition after the elector's signature. The voting address written on the petition must be the address appearing in the registration records of the board of elections. (R.C. 3501.38 (C))

6. Petitions for a candidate for party nomination must be signed and circulated by persons who are members of the same political party as the candidate. (R.C. 3513.07) An elector is considered to be a member of a political party if they voted in the primary election of that party within the preceding two calendar years, or if they did not vote in any other party's primary election within the preceding two calendar years. (R.C. 3513.05, 7th¶)

7. A candidate may circulate their own petition, although they may not sign their own petition as an elector. For purposes of circulating their own petition, a candidate is exempt from the party affiliation requirements described in number 6 of this section.

(R.C. 3513.191(C)(4)) A circulator may not sign the same petition paper that they are circulating. A circulator who is not a candidate may, however, sign a petition paper being circulated for the same candidacy by a different circulator.

8. A circulator must be at least 18 years of age. (R.C. 3503.06(C)) (The Ohio residency requirement is not currently in place based on the preliminary injunction in *Citizens in Charge v. Husted,* Case: 2:13-CV-00935 (S.D. Ohio 11/13/13); See also, *Citizens in Charge v. Husted,* 810 F. 3d 437 (6th Cir 2016)).

9. After circulating the petition, the circulator must sign a statement, under penalty of election falsification, indicating the following:

   a. The number of signatures contained on the petition;

   b. That the circulator witnessed the affixing of each signature on the petition;

   c. That all signers, to the best of the circulator's knowledge and belief, were qualified to sign;

   d. That each signature is, to the best of the circulator's knowledge and belief, the signature of the person whose signature it purports to be; and

   e. On the circulator's statement for a declaration of candidacy or nominating petition for a person seeking to become a statewide candidate, the circulator's name, the address of the circulator's permanent residence, and the name and address of the person employing the circulator to circulate the petition, if any.

10. If a circulator knowingly permits an unqualified person to sign a petition paper or permits a person to write a name other than the person's own on the petition paper, that petition paper is invalid; otherwise, the signature of a person not qualified to sign shall be rejected but shall not invalidate the other valid signatures on the petition paper. (R.C. 3501.38(F))

11. Once a candidate's petition has been filed with the appropriate election official, it cannot be changed, supplemented, or returned to the candidate.

12. The original petition with the candidate's original signature must be filed at the same time as all other part-petitions. (R.C. 3501.38(K), R.C. 3513.09)

13. Each petition paper shall be circulated by one person only and shall contain signatures of qualified electors of one county only. When petitions are circulated in a district that contains more than one county, separate petition papers must be circulated in each county. (R.C. 3501.38, R.C. 3513.05, R.C. 3513.07, R.C. 3513.261)

14. No petition shall be accepted if it contains more than three times the minimum number of required signatures. (R.C. 3513.05, R.C. 3513.257, R.C. 3513.259) Or, in the case of a petition for county court judge, no nominating petition shall be accepted for filing or filed if it appears on its face to contain more than twice the minimum number of required signatures. (R.C. 1907.13)

15. All petitions must contain the following statement in boldface capital letters: "**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE.**" (R.C. 3501.38(J), R.C. 3599.36)

    *Note:* The penalties for a fifth degree felony conviction are six to 12 months in prison and/or a fine of $2,500.

16. All petitions remain open for public inspection, under reasonable regulations, at the office of the county board of elections with which they were filed. (R.C. 3513.05, R.C. 3513.262)

17. A signature on a nominating petition of a prospective independent candidate or nonpartisan candidate is not valid if it is dated more than one year before the date the petition was filed. (R.C. 3513.262)

# Protests

Protests against the candidacy of any person must be in writing, must set forth with specificity the legal ground(s) for the protest, and must be filed with the board of elections where the candidate filed their declaration of candidacy, nominating petition, or Declaration of Intent to be a Write-In Candidate. If the candidate filed with the Office of the Secretary of State, the protest must be filed with the Secretary of State. (R.C. 3513.041, R.C. 3513.05, R.C. 3513.262, R.C. 3513.263)

After a valid protest is filed, the board of elections or, if applicable, the Secretary of State, must set a time and place for hearing the protest and give notice to both the person whose candidacy is being protested and the protestor. Both the protestor and the protested candidate, or their respective legal counsel, will have the opportunity to address the board or Secretary of State's hearing officer at the hearing. (R.C. 3513.041, R.C. 3513.05, R.C. 3513.262, R.C. 3513.263)

## Partisan Primary Election

### Party Candidate

**Protest against a party candidate who filed a declaration of candidacy for the primary election:** Protests against a candidate who has filed a declaration of candidacy and petition in a partisan primary may be made by the controlling committee of that party, or by any qualified elector who is a member of the same party as the candidate and who is eligible to vote for the candidate whose petition is the subject of the protest. (R.C. 3513.05)

The deadline to file a protest against any party candidate who filed a declaration of candidacy for the primary election is 4 p.m. January 3, 2020, or 74 days before the primary election. (R.C. 3513.05)

### Write-in Candidate

**Protest against a party candidate who filed a Declaration of Intent to Be a Write-In Candidate at the primary election:** Any elector eligible to vote on the candidacy of a write-in candidate may protest that candidacy.

The deadline to file a protest against a write-in candidate for the primary is 4 p.m. on January 10, 2020 (67 days before the primary election). (R.C. 3513.041)

## General Election

### Independent Candidate

**Protest against an independent candidate who filed a nominating petition:** Protest may be made by any qualified elector who is eligible to vote for the candidate whose petition is the subject of the protest. The deadline to file a protest against any candidate who filed a nominating petition as an independent candidate is 4 p.m. on June 12, 2020. (R.C. 3513.262)

### Nonpartisan Candidate

**Protest against a nonpartisan candidate who filed a nominating petition:** Any elector eligible to vote on the nonpartisan office may protest a candidacy. The deadline to file a protest against any candidate who filed a nominating petition as a nonpartisan candidate is 4 p.m. on August 21, 2020, or 74 days before the general election. (R.C. 3513.263)

### Write-in Candidate

**Protest against a candidate who filed a Declaration of Intent to Be a Write-In Candidate for the general election**: Any elector eligible to vote on the candidacy of the write-in candidate may protest that candidacy.

The deadline to file a protest against a candidate who filed a Declaration of Intent to Be a Write-In Candidate for the general election is 4 p.m. on August 28, 2020, or 67 days before the general election. (R.C. 3513.041)

## Unexpired Term Elections (Vacancy in Office)

Several statutes govern candidacies for unexpired term elections. R.C. 3513.31 is the general statute that must be consulted in connection with an unexpired term election for an office that, under Ohio law, is subject to party primaries. R.C. 3513.31(I) provides how and when party nominees are selected for unexpired term elections for such offices, while R.C. 3513.31(J) describes how persons become independent candidates for those unexpired term elections.

Candidates seeking nomination or election to an office for the balance of an unexpired term must include the unexpired term ending date on the petition. Ohio law requires each person filing a declaration of candidacy or nominating petition as a candidate for the remainder of an unexpired term to designate the date on which that unexpired term will end. (R.C. 3513.08, R.C. 3513.28) Failure to provide the correct term ending date on the petition will result in the petition being invalidated.

# Death or Withdrawal of Candidate

An individual's candidacy may cease to exist due to the individual's death or decision to withdraw from the election. If a candidate withdraws from an election, they must file a signed statement of withdrawal with the office where the original candidate petition was filed (county board of elections office or the Secretary of State's office).

If a candidate dies, the candidate's party organization, committee, or family should promptly notify the county board of elections or Secretary of State's office where the original candidate petition was filed of the candidate's death.

## Primary Election

A candidate may withdraw their candidacy at any time before the primary election by filing a written statement with the county board of elections or Secretary of State's office where the original candidate petition was filed. (R.C. 3513.30(B))

## General Election

A candidate nominated in a primary election may withdraw their candidacy at any time before the general election by filing a written statement with the county board of elections or Secretary of State's office where the original candidate petition was filed. (R.C. 3513.30(D))

If a candidate nominated in a primary election dies prior to the general election, the candidate's party organization, committee, or family should promptly notify the appropriate board of elections of the candidate's death.

The law provides procedures for the replacement of a candidate who dies or withdraws during the election cycle. The proper procedures are dictated by the specific facts surrounding the vacancy on the ballot (e.g., the office involved, when the vacancy occurred, why the vacancy occurred, the time remaining before the election, etc.). The two statutes that generally govern vacancies on the ballot are: R.C. 3513.30 and R.C. 3513.31.

## Education and Training Requirements

Many offices have education and training requirements that must be satisfied in order for a person to qualify as a candidate for the office, or in order for a person to qualify to hold the office. The Secretary of State's office cannot advise candidates or officials on what education and training requirements are required to obtain or hold an elective office.

Candidates are encouraged to seek information on education or training requirements for the office being sought.

## Campaign Finance Reporting

At the time petitions of candidacy are filed, each candidate should receive materials about campaign finance compliance and reporting.

Additional information regarding campaign finance rules, reporting requirements, and filing deadlines may be found on the Ohio Secretary of State's website.

# Securing your Campaign

The Department of Homeland Security ("DHS") and Federal Bureau of Investigation ("FBI") provide valuable resources to help mitigate the risk of cyber influence in elections. Every campaign committee should review the DHS Campaign Checklist and the FBI's Protected Voices video series to learn valuable tools for how to reduce risk and how to respond to incidents.

State and local campaign staff should report suspicious activity to their local FBI field office (Cincinnati: 513.421.4310 or Cleveland: 216.522.1400) and the Department of Homeland Security's National Cybersecurity and Communications Integration Center at 888.282.0870 or NCCICCustomerService@hq.dhs.gov.

For additional resources, the Harvard Kennedy School's Belfer Center for Science and International Affairs has published a Campaign Playbook, as well as campaign handouts for campaign staff and family members of the candidate.

# Personal Financial Disclosure Statement

Any individual who becomes a candidate for or holds a state, county or city elected office, or the position of school board member in a school district with more than 12,000 students average daily membership, is required to file a personal financial disclosure statement. All public officials and candidates for elected office must file statements with the Ohio Ethics Commission, except members of and candidates for the General Assembly, who file with the Joint Legislative Ethics Committee, and judges and judicial candidates, who file with the Board of Commissioners on Grievances and Discipline of the Supreme Court.

For further information on the filing requirements and deadlines or to find a copy of a blank personal financial disclosure statement, visit the Ohio Ethics Commission's website at: www.ethics.ohio.gov. For further information, please contact the Ohio Ethics Commission at 614.466.7090.

- Candidates for the Ohio General Assembly may obtain additional information by contacting the Joint Legislative Ethics Committee at: 614.728.5100 or http://www.jlec-olig.state.oh.us.
- Judicial candidates can find information at: https://www.bpc.ohio.gov/financial-disclosure-statements or by calling the office of the Board of Professional Conduct at 614.387.9370.

# 2020 Ohio Elections Calendar

Click here to access the 2020 Ohio Elections Calendar

# Ohio Congressional Districts 2012-2022
(As Adopted 2012)



# Ohio House Districts 2012-2022
(As Adopted 2012)



# Ohio Senate Districts 2012-2022

(As Adopted 2012)



# State Board of Education Districts 2012-2022
(As Adopted 2012)

# Ohio Court of Appeals Districts 2012-2022

(Oh. Const. Art. IV, Sec. 3 & R.C. 2501.01)





**Elections**

OhioSoS.gov | election@OhioSoS.gov

877.767.6446 | TTY 877.889.6446

22 North Fourth Street |Columbus, Ohio 43215

# After Visit Summary

**Thistle,David John**
DOB: 06/30/1970 (51y)
Visit date: July 19, 2021
Date generated: July 19, 2021 04:00
SAN DIEGO HCS

## Today's Visit

| | |
|---|---|
| **Clinic Visits** | Jul 19, 2021 00:36 - LJ EMERGENCY DEPT 12MID AM / BOLOTIN,GREGG STEVEN / KAUR,PARMINDER / LIM,JACQUELINE R |
| **Providers** | • BOLOTIN,GREGG STEVEN - STAFF PHYSICIAN - FEE BASIS<br>• LIM,JACQUELINE R - REGISTERED NURSE (RN)<br>• KAUR,PARMINDER - REGISTERED NURSE (RN) |
| **Reason For Visit** | • Atherosclerosis of CABG, unsp, w oth angina pectoris - Atherosclerosis of coronary artery bypass graft(s), unspecified, with other forms of angina pectoris |
| **You Were Diagnosed With** | • Radiculopathy, Cervical Region<br>• Essential (Primary) Hypertension<br>• Atherosclerosis of CABG, unsp, w oth angina pectoris - Atherosclerosis of coronary artery bypass graft(s), unspecified, with other forms of angina pectoris |
| **Vitals as of This Visit** | July 19, 2021<br>• Blood Pressure: 132/97<br>• Pulse: 87<br>• Pulse Oximetry: 99 (Room Air)<br>• Respirations: 16<br>• Pain: 9 |

## My Treatment Plan

| | |
|---|---|
| **New Orders From This Visit** | **Imaging**<br><br>Please report to the imaging service for the following studies on the date listed for each study:<br><br>• Mri,Spine Cervical W/O Cont.<br><br>**Medications & Supplies**<br><br>Note: This section **only** lists **changes** to your medication regimen. Please see your complete medication list under **My Ongoing Care** below.<br><br>New Orders<br><br>• Gabapentin Cap,Oral 100mg<br>• Prednisone (prednisone) Tab 10mg<br><br>Other<br><br>• Acetaminophen Tab 325mg<br>• Methylprednisolone-methylprednisolone Inj,Soln 40mg/Vial<br>• Gabapentin Cap,Oral<br>• Diazepam (Like Valium) (Civ) Tab<br>• Ondansetron Inj,Soln 2mg/Ml<br>• Morphine (Cii) Inj |

• Ketorolac Tromethamine Inj

**Other Orders**

- Discharge Veteran from Ed to home after discharge vital signs documented.
  Diagnosis: cerv radiculopathy Continue taking the medications you were
  taking prior to your Ed visit. Stop taking these medications:
  begin taking these new medications:
  schedule an appointment with your primary provider for follow up, or call to
  be assigned a primary provider if you do not already have one. Call 1-800-
  331-8387 between 8am and 3:30pm Monday through Friday.
  will call you within hours for your follow-up appointment.
  work restrictions: none May return to school/work on: Other:
  the notes from your Ed visit have been forwarded to your Va primary care
  provider (if you have one).
  if your condition does not improve, please call the 24 hour Telephone Advice
  Nurse at (877) 252-4866.
  additional health information can be found at http://www.
  veteranshealthlibrary.org.
  also, if you have not enrolled in My Healthevet and wish to do so go to
  https://www.myhealth.va.gov Now
- Patient has radiology order requiring an appointment. Instruct patient to
  report to Radiology Scheduling, 8:00a - 3:45p Monday, Tuesday, Thursday,
  and Friday, and 10:00a - 3:45p Wednesday or call 858-642-3226 from 8:00a
  - 3:00p, Monday, Tuesday,
  thursday, Friday, and 10:00a - 3:00p on Wednesday. Non-local patients may
  also call 1-800-331-8387 x3226 during the days and times noted.
  for Ct and Mri exams, please request patient wait 48 hours before reporting
  to or calling Radiology to schedule their exam.
  go to link to print pt. scheduling instructions.

  order start date: Today
  order stop date: 14 Days From Today
- *normal Saline Inj 1000 ml Ivpb Infuse Over 60 Minutes Once
  give in Er * 500ml bolus x1 over one hour

| Health Reminders | The list below is your health reminders. These are health checks for prevention care (for example cancer screening) and checks on chronic conditions like diabetes. Your primary care provider and team will see this list in the computer and should discuss them with you. |
|---|---|

- **Info Only: Va Video Connect Capable**
  When Due: DUE NOW
- **Hiv - Routine Screening**
  When Due: DUE NOW
  Frequency: Due every 99Y - Once
- **Pneumococcal Ppsv23 (Pneumovax)**
  When Due: DUE NOW
  Frequency: Due every 99Y - Once

| Other Instructions | None |
|---|---|

# My Ongoing Care

| Primary Care Provider | Thorisdottir,H K LAJOLLA 13 |
|---|---|
| Primary Care Team | • THORISDOTTIR,HILDA K - PHYSICIAN<br>• DOWNING,JOHN - REGISTERED NURSE (RN)<br>• YANG,BENJAMIN DH - RESIDENT (PHYSICIAN)<br>• BASLER,NICOLE EILEEN - RESIDENT (PHYSICIAN)<br>• RIVERA,JUANITA - LICENSED PRACTICAL NURSE (LPN) |

ROWAN,KENNETH SIMPSON - REGISTERED NURSE (RN)

| | |
|---|---|
| **Upcoming Appointments** | <u>Scheduled Appointments</u><br><br>Appointments in the next 3 months:<br><br>**Wednesday, August 04, 2021**<br>    13:00 - CV BHIP VVC JAMAL (CHULA VISTA)<br>    Clinic Location: VIRTUAL<br><br>**Thursday, August 19, 2021**<br>    14:00 - LJ PACT VACCINE CLINIC A (SAN DIEGO HCS)<br>    Clinic Location: OUTPATIENT CLINICS |
| **Immunizations** | • COVID-19 (MODERNA), MRNA, LNP-S,*, Series 1 (Date: Mar 12, 2021)<br>• COVID-19 (MODERNA), MRNA, LNP-S,*, Series 2 (Date: Apr 05, 2021)<br>• Shingles, Series 1 (Date: May 21, 2021) |
| **Allergies and Adverse Drug Reactions (Signs / Symptoms)** | • **Adrenal Corticosteriods** (Anxiety)<br>Verified: Jun 09, 2002<br>Documenting Facility: SAN DIEGO HCS<br><br>• **Ibuprofen**<br>Verified: Nov 18, 2019<br>Documenting Facility: VA CNTRL WSTRN MASSCHUSETS HCS<br><br>• **Methylprednisolone**<br>Verified: Sep 08, 2017<br>Documenting Facility: HOUSTON VAMC<br><br>• **Prednisone** (Anxiety, Agitation, Confusion, Delerium)<br>Documenting Facility: VA CNTRL WSTRN MASSCHUSETS HCS<br><br>• **Prednisone** (Nervousness,Agitation)<br>Documenting Facility: WHITE RIVER JCT VAMROC<br><br>• **Pregabalin**<br>Verified: Nov 18, 2019<br>Documenting Facility: VA CNTRL WSTRN MASSCHUSETS HCS |
| **My Medications** | The medications listed below were reviewed with you by your provider and is provided to you as an updated list of medications. Please remember to inform your provider of any medication changes or discrepancies that you note. Otherwise, please continue these medications as prescribed. |

| Medication | Facility | Prescription Status |
|---|---|---|
| **ACETAMINOPHEN 325MG TAB** TAKE 2 TABLETS (650 MG) BY MOUTH EVERY 4 HOURS AS NEEDED FOR PAIN *DO NOT EXCEED 3000 MG OF ACETAMINOPHEN PER DAY* Notes: | | PENDING Quantity: 0 for 0 days Refills Remaining: 0 Last Filled: Requested on but not yet released |
| **Divalproex Tab (Delayed Release)** TAKE 1000MG BY MOUTH AT BEDTIME Comment: mood stabilization Notes: | NON-VA Documenting Facility & Provider: SAN DIEGO HCS LEHMAN,DAVID | ACTIVE |
| **Gabapentin 100mg Cap.** TAKE ONE CAPSULE BY MOUTH THREE TIMES A DAY FOR PAIN Rx #: 22473244 Notes: | SAN DIEGO PHARMACY 858-552-4390 Ordering Provider: BOLOTIN,GREGG STEVEN | ACTIVE Quantity: 42 for 14 days Refills Remaining: 0 Expires: Aug 18, 2021 Last Filled: Jul 19, 2021 |

**Prednisone 10mg Tab**
TAKE FOUR TABLETS BY MOUTH
ONCE A DAY FOR 1 DAY, THEN
TAKE THREE TABLETS ONCE A DAY
FOR 2 DAYS, THEN TAKE TWO
TABLETS ONCE A DAY FOR 2 DAYS,
THEN TAKE ONE TABLET ONCE A
DAY FOR 2 DAYS
Description: round, white, imprinted
with V, 50,93
Rx #: 22473245
Notes:

SAN DIEGO
PHARMACY
858-552-4390
Ordering Provider:
BOLOTIN,GREGG
STEVEN

ACTIVE
Quantity: 16 for 7 days
Refills Remaining: 0
Expires: Aug 18, 2021
Last Filled: Jul 19, 2021

**Sildenafil Citrate 100mg Tab**
TAKE ONE-HALF TABLET BY
MOUTH AS DIRECTED FOR
ERECTILE DYSFUNCTION. DO NOT
CHANGE DOSE WITHOUT
CONTACTING YOUR PROVIDER.
Rx #: 22408581
Notes:

SAN DIEGO
PHARMACY
858-552-4390
Ordering Provider:
THORISDOTTIR,
HILDA K

ACTIVE/SUSP
Quantity: 6 for 90 days
Refills Remaining: 2
Expires: May 22, 2022
Last Filled: Aug 9, 2021

**Testosterone Cyp 200mg/Ml 1ml Vi
In Oil**
ADMINISTER 0.5 ML (100 MG)
INTRAMUSCULARLY EVERY WEEK
FOR HORMONE REPLACEMENT
Rx #: 22429930
Notes:

SAN DIEGO
PHARMACY
858-552-4390
Ordering Provider:
THORISDOTTIR,
HILDA K

ACTIVE
Quantity: 4 for 28 days
Refills Remaining: 3
Expires: Dec 10, 2021
Last Filled: Jun 9, 2021

## Medications You Are Not Taking

You have stated that you are no longer taking the following medications. Please
remember to discuss each of these medications with your providers.

**Acetaminophen Tab**
TAKE 1000MG BY MOUTH EVERY
DAY
Comment: Patient wants to buy from
Non-VA pharmacy. JP VA
Notes:

NON-VA
Documenting
Facility & Provider:
EDITH NOURSE
ROGERS VAMC
HADIDIAN,
PATRICIA

ACTIVE

**Alcohol Prep Pad**
USE PAD EXTERNALLY AS
DIRECTED FOR STERILE
CLEANSING
Rx #: 27673232
Notes:

HOUSTON
PHARMACY
800-454-1062
Ordering Provider:
AJATTA,FRANK O

ACTIVE
Quantity: 200 for 30
days
Refills Remaining: 9
Expires: Dec 3, 2021
Last Filled: Jun 22,
2021

**Aripiprazole *3rd Line
Antipsychotic* Tab**
TAKE 10MG BY MOUTH EVERY DAY
Comment: JP VA
Notes:

NON-VA
Documenting
Facility & Provider:
EDITH NOURSE
ROGERS VAMC
HADIDIAN,
PATRICIA

ACTIVE

| Medication | Pharmacy / Provider | Status |
|---|---|---|
| **Aspirin 81mg Chew Tab**<br>CHEW ONE TABLET BY MOUTH DAILY TO PREVENT BLOOD CLOT<br>Rx #: 27673233<br>Notes: | HOUSTON PHARMACY<br>800-454-1062<br>Ordering Provider:<br>AJATTA,FRANK O | ACTIVE<br>Quantity: 36 for 36 days<br>Refills Remaining: 8<br>Expires: Dec 3, 2021<br>Last Filled: Jun 22, 2021 |
| **Atorvastatin Calcium 80mg Tab**<br>TAKE ONE TABLET BY MOUTH DAILY FOR CHOLESTEROL<br>Rx #: 27673234<br>Notes: | HOUSTON PHARMACY<br>800-454-1062<br>Ordering Provider:<br>AJATTA,FRANK O | ACTIVE<br>Quantity: 90 for 90 days<br>Refills Remaining: 1<br>Expires: Dec 3, 2021<br>Last Filled: Jun 22, 2021 |
| **Benztropine Tab**<br>TAKE 2MG BY MOUTH EVERY DAY<br>Comment: TX VA<br>Notes: | NON-VA Documenting Facility & Provider:<br>EDITH NOURSE ROGERS VAMC HADIDIAN, PATRICIA | ACTIVE |
| **Capsaicin Cream,Top**<br>TAKE SMALL AMOUNT TO AFFECTED AREA EVERY DAY<br>Comment: TX VA<br>Notes: | NON-VA Documenting Facility & Provider:<br>EDITH NOURSE ROGERS VAMC HADIDIAN, PATRICIA | ACTIVE |
| **Cetirizine Hcl 10mg Tab**<br>TAKE ONE TABLET BY MOUTH DAILY FOR ALLERGIES<br>Rx #: 27315921B<br>Notes: | HOUSTON PHARMACY<br>800-454-1062<br>Ordering Provider:<br>AJATTA,FRANK O | ACTIVE<br>Quantity: 60 for 60 days<br>Refills Remaining: 2<br>Expires: Apr 3, 2022<br>Last Filled: Jul 10, 2021 |
| **Cholecalcif 50mcg (D3-2,000unit) Tab**<br>TAKE ONE-HALF TABLET BY MOUTH DAILY AS A VITAMIN SUPPLEMENT<br>Rx #: 27315949A<br>Notes: | HOUSTON PHARMACY<br>800-454-1062<br>Ordering Provider:<br>AJATTA,FRANK O | ACTIVE<br>Quantity: 100 for 30 days<br>Refills Remaining: 8<br>Expires: Dec 3, 2021<br>Last Filled: Jun 22, 2021 |
| **Divalproex Tab,Sa,24hr (Extended Release)**<br>TAKE 2500MG BY MOUTH DAILY AT BEDTIME<br>Comment: JP VA<br>Notes: | NON-VA Documenting Facility & Provider:<br>EDITH NOURSE ROGERS VAMC HADIDIAN, PATRICIA | ACTIVE |
| **Divalproex 500mg 24hr (Er) Sa Tab**<br>TAKE TWO TABLETS BY MOUTH AT BEDTIME IMMEDIATELY REPORT MOOD AND BEHAVIOR CHANGES. "DO NOT CRUSH"<br>Description: oval, white, imprinted with M 473<br>Rx #: 27993421<br>Notes: | HOUSTON PHARMACY<br>800-454-1062<br>Ordering Provider:<br>FERMO,JOHN V | ACTIVE<br>Quantity: 180 for 90 days<br>Refills Remaining: 3<br>Expires: Jul 8, 2022<br>Last Filled: Jul 7, 2021 |

**Docusate Cap,Oral**
TAKE 100MG BY MOUTH TWICE A
DAY
Comment: JP VA
Notes:

NON-VA
Documenting
Facility & Provider:
EDITH NOURSE
ROGERS VAMC
HADIDIAN,
PATRICIA

ACTIVE

---

**Docusate Na 50mg/Sennosides 8.6
mg Tab**
TAKE 1 TABLET BY MOUTH DAILY
FOR CONSTIPATION
Rx #: 27315926A
Notes:

HOUSTON
PHARMACY
800-454-1062
Ordering Provider:
AJATTA,FRANK O

ACTIVE
Quantity: 100 for 90
days
Refills Remaining: 0
Expires: Dec 3, 2021
Last Filled: May 21,
2021

---

**Ergocalcif 1,250mcg (D2-50,000unit)
Cap**
TAKE ONE CAPSULE BY MOUTH
EVERY MONTH *DO NOT CRUSH*
Rx #: 27315927A
Notes:

HOUSTON
PHARMACY
800-454-1062
Ordering Provider:
AJATTA,FRANK O

ACTIVE
Quantity: 1 for 30 days
Refills Remaining: 8
Expires: Dec 3, 2021
Last Filled: Jun 22,
2021

---

**Fosinopril *2nd Line Ace* Tab**
TAKE 40MG BY MOUTH EVERY DAY
Comment: Patient wants to buy from
Non-VA pharmacy. TX VA
Notes:

NON-VA
Documenting
Facility & Provider:
EDITH NOURSE
ROGERS VAMC
HADIDIAN,
PATRICIA

ACTIVE

---

**Gabapentin Tab**
TAKE 800MG BY MOUTH THREE
TIMES A DAY
Comment: TX VA
Notes:

NON-VA
Documenting
Facility & Provider:
EDITH NOURSE
ROGERS VAMC
HADIDIAN,
PATRICIA

ACTIVE

---

**Hydroxyzine Hcl 50mg Tab**
TAKE ONE TABLET BY MOUTH
THREE TIMES A DAY AS NEEDED
FOR ANXIETY
Rx #: 27993423
Notes:

HOUSTON
PHARMACY
800-454-1062
Ordering Provider:
FERMO,JOHN V

ACTIVE
Quantity: 270 for 90
days
Refills Remaining: 0
Expires: Oct 5, 2021
Last Filled: Jul 7, 2021

---

**Ketoconazole 2% Cream**
APPLY MODERATE AMOUNT TO
THE SKIN DAILY FOR FUNGAL
INFECTION
Rx #: 27315934A
Notes:

HOUSTON
PHARMACY
800-454-1062
Ordering Provider:
AJATTA,FRANK O

ACTIVE
Quantity: 30 for 30
days
Refills Remaining: 9
Expires: Dec 3, 2021
Last Filled: Jun 22,
2021

---

**Ketoconazole 2% Shampoo**
APPLY MODERATE AMOUNT TO TO
SCALP THREE TIMES WEEKLY FOR
SCALP INFECTION
Rx #: 27315937A
Notes:

HOUSTON
PHARMACY
800-454-1062
Ordering Provider:
AJATTA,FRANK O

ACTIVE
Quantity: 120 for 30
days
Refills Remaining: 8
Expires: Dec 3, 2021
Last Filled: Jun 22,
2021

**Levocarnitine Cap,Oral**
TAKE 250MG BY MOUTH AS
DIRECTED ON THE PACKAGE
Comment: Non-VA medication not
recommended by VA provider. *also
takes YOHIMBE 450MG (marketed as
male supplement) not listed in formulary
Notes:

NON-VA
Documenting
Facility & Provider:
OLIN E. TEAGUE
VET CENTER
BELLEMANS,
LAURA H

ACTIVE

---

**metformin Tab,Oral**
TAKE 500MG BY MOUTH TWICE A
DAY
Comment: TX VA
Notes:

NON-VA
Documenting
Facility & Provider:
EDITH NOURSE
ROGERS VAMC
HADIDIAN,
PATRICIA

ACTIVE

---

**Methocarbamol Tab**
TAKE 500MG BY MOUTH THREE
TIMES A DAY AS NEEDED
Comment: TX VA
Notes:

NON-VA
Documenting
Facility & Provider:
EDITH NOURSE
ROGERS VAMC
HADIDIAN,
PATRICIA

ACTIVE

---

**Multivitamin Cap/Tab**
TAKE 1 TABLET BY MOUTH DAILY
AS A VITAMIN SUPPLEMENT
Rx #: 27315939A
Notes:

HOUSTON
PHARMACY
800-454-1062
Ordering Provider:
AJATTA,FRANK O

ACTIVE/SUSP
Quantity: 100 for 90
days
Refills Remaining: 0
Expires: Dec 3, 2021
Last Filled: Aug 19,
2021

---

**Nystatin Cream,Top**
TAKE SMALL AMOUNT TO
AFFECTED AREA TWICE A DAY AS
NEEDED
Comment: BOS VA
Notes:

NON-VA
Documenting
Facility & Provider:
EDITH NOURSE
ROGERS VAMC
HADIDIAN,
PATRICIA

ACTIVE

---

**Omeprazole Cap,Ec**
TAKE 20MG BY MOUTH EVERY DAY
Comment: TX VA
Notes:

NON-VA
Documenting
Facility & Provider:
EDITH NOURSE
ROGERS VAMC
HADIDIAN,
PATRICIA

ACTIVE

---

**Other Cap/Tab**
TAKE GNC EXTREME SPORT
VITAMIN PACK. DAILY
Notes:

NON-VA
Documenting
Facility & Provider:
VA CNTRL WSTRN
MASSCHUSETS
HCS
VANWAGNER,
WILLIAM F

ACTIVE

---

**Pantoprazole Na 20mg Ec Tab**
TAKE ONE TABLET BY MOUTH
DAILY *DO NOT CRUSH*
Rx #: 27315943A
Notes:

HOUSTON
PHARMACY
800-454-1062
Ordering Provider:
AJATTA,FRANK O

ACTIVE/SUSP
Quantity: 90 for 90
days
Refills Remaining: 0
Expires: Dec 3, 2021
Last Filled: Aug 19,
2021

**Simvastatin *1st Line Statin* Tab**
TAKE 40MG BY MOUTH EVERY
EVENING
Comment: JP VA
Notes:

NON-VA
Documenting
Facility & Provider:
EDITH NOURSE
ROGERS VAMC
HADIDIAN,
PATRICIA

ACTIVE

---

**Sodium Fluoride Gel**
TAKE A PEA SIZED AMOUNT FOR
DENTAL USE THREE TIMES A DAY
Comment: TX VA
Notes:

NON-VA
Documenting
Facility & Provider:
EDITH NOURSE
ROGERS VAMC
HADIDIAN,
PATRICIA

ACTIVE

---

**Tadalafil 20mg Tab**
TAKE ONE TABLET BY MOUTH
PRIOR TO INTERCOURSE FOR
ERECTILE DYSFUNCTION * PLEASE
NOTE TABLET STRENGTH CHANGE
*

Rx #: 27315967A
Notes:

HOUSTON
PHARMACY
800-454-1062
Ordering Provider:
AJATTA,FRANK O

ACTIVE
Quantity: 4 for 30 days
Refills Remaining: 3
Expires: Dec 3, 2021
Last Filled: Jul 21, 2021

---

**Temazepam Cap,Oral**
TAKE 30MG BY MOUTH DAILY AT
BEDTIME
Comment: Patient wants to buy from
Non-VA pharmacy. JP VA
Notes:

NON-VA
Documenting
Facility & Provider:
EDITH NOURSE
ROGERS VAMC
HADIDIAN,
PATRICIA

ACTIVE

---

**Vardenafil Tab**
TAKE 20MG BY MOUTH ONE HOUR
BEFORE SEXUAL ACTIVITY
Comment: TX VA
Notes:

NON-VA
Documenting
Facility & Provider:
EDITH NOURSE
ROGERS VAMC
HADIDIAN,
PATRICIA

ACTIVE

---

**My VA Supplies**

| Supply | Facility | Prescription Status |
| --- | --- | --- |
| **Needle 22g 1in**<br>USE NEEDLE UNDER THE SKIN AS DIRECTED<br>Rx #: 22332797B<br>Notes: | SAN DIEGO PHARMACY<br>858-552-4390<br>Ordering Provider:<br>THORISDOTTIR,<br>HILDA K. | ACTIVE<br>Quantity: 2 for 14 days<br>Refills Remaining: 5<br>Expires: Jun 11, 2022<br>Last Filled: Jun 10, 2021 |
| **Syringe 2.5-3ml Luer Lock Tip**<br>USE 1 AS DIRECTED EVERY WEEK WITH 22 G 1" NEEDLE<br>Rx #: 22429931<br>Notes: | SAN DIEGO PHARMACY<br>858-552-4390<br>Ordering Provider:<br>THORISDOTTIR,<br>HILDA K | ACTIVE<br>Quantity: 4 for 28 days<br>Refills Remaining: 4<br>Expires: Jun 10, 2022<br>Last Filled: Jun 9, 2021 |

**Supplies You Are Not Using**

You have stated that you are no longer using the following supplies. Please remember
to discuss each of these items with your providers.

Syringe 2.5-3ml/Ndl 22g 1in     HOUSTON          ACTIVE
USE SYRINGE EXTERNALLY AS        PHARMACY         Quantity: 13 for 90
DIRECTED FOR INJECTION           800-454-1062     days
THERAPY                          Ordering Provider: Refills Remaining: 0
Rx #: 27690093                   MARCELLI,MARCO   Expires: Dec 15, 2021
Notes:                                            Last Filled: Jul 9, 2021

# Additional Information

| Glossary of VA Pharmacy Terms | VA Pharmacy Term | Explanation and Possible Actions |
|---|---|---|
| | **ACTIVE** "Prescription Status: Active" | A prescription that can be filled at the local VA pharmacy. If you have refills, you may request a refill of this prescription from your VA pharmacy. |
| | **ACTIVE/SUSP** "Suspense" "Active Suspense" "Active/Susp" | An active prescription that is not scheduled to be filled yet. You should receive it before you run out. Contact your VA pharmacy if you need this medication now. |
| | **NON-VA** | A medication that came from someplace other than a VA pharmacy. This may be a prescription from either the VA or other providers that was filled outside the VA. Or, it may be an over the counter (OTC), herbal, dietary supplement or sample medication. If this medication information is incorrect or out of date, please tell your VA healthcare team. |

**More Help and Information**

This information is meant to provide a summary of your appointment with your health care provider. If you have any questions about your care including test results, medications, diagnoses or other concerns, please contact your health care provider. **Please bring this form to your next visit as a record of your medications and alert your provider to any changes in your medications**.

If you have any questions about your healthcare, please call the:
VA Primary Care Call Center at (858) 552-7475 or (619) 400-5050 or Toll-free (800) 331-8387(VETS), ext.7475,
Mental Health at (858) 642-3391 or (800) 331-8387 (VETS), ext 3391, or the
VA Tele-Care Nurse Advice line (877) 252-4866 or (858) 552-4343.

Call us for help to:
* Cancel or schedule an appointment
* Get a message to your clinic provider
* Get answers about your medications
* Speak to a nurse about your health care

Please listen to the message before making a selection as the options may have changed.
Please call the Automated Medication Refill Line at (858) 552-4390 or (800) 331-8387 (VETS) to request automated medication refills or check on the status of your prescriptions.

Access health resources. Track your health. Refill VA prescriptions. Visit **www. myhealth.va.gov**! Ask your health care team about in-person authentication (IPA) and begin ordering medications and viewing appointments through MyHealtheVet. After completing IPA, click on "Secure Messaging" in MyHealtheVet and select "I would like to opt in to secure messaging" in order to send messages to your healthcare team. Please go to **www.veteranshealthlibrary.org** as a source for health information.