AO 310 (Rev. 03/16)

FILED
DEC 08 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

Judicial Council of the **9th** Circuit

# COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 4 (below). The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL-DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. The Rules are available in federal court clerks' offices, on individual federal courts' websites, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible. For the number of copies to file, consult the local rules or clerk's office of the court in which your complaint is required to be filed. Enclose each copy of the complaint in an envelope marked "COMPLAINT OF MISCONDUCT" or "COMPLAINT OF DISABILITY" and submit it to the appropriate clerk of court. **Do not put the name of any judge on the envelope.**

1. Name of Complainant: David John Thistle
   Contact Address: 5580 LA JOLLA BLVD #360
   LA JOLLA, CA 92037

   Daytime telephone: ( 619 ) 603-2466

2. Name(s) of Judge(s): Janis L. Sammartino
   Court: SAN DIEGO

3. Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?
   ☑ Yes    ☐ No

   If "yes," give the following information about each lawsuit:
   Court: US DISTRICT COURT SOUTHERN DISTRICT OF CA
   Case Number: 21cv01414
   Docket number of any appeal to the _____ Circuit: _____
   Are (were) you a party or lawyer in the lawsuit?
   ☑ Party    ☐ Lawyer    ☐ Neither

   If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number:
   This COURT was presented concrete irrefutable evidence of illegal altering of
   ARTILCE 1. In accordance with the Supremacy Clause and the XIV Amendement
   this COURT is in VIOLATION of the DUTY to act to defend the US Constitution.

AO 310 (Rev. 03/16)

Judicial Council of the     9th     Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

4. **Brief Statement of Facts.** Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based. Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.

5. **Declaration and signature:**

   I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

   Signature: _[signature]_       Date: 12/08/2022

David John Thistle
5580 La Jolla Blvd. #360
La Jolla, CA 92037
+1-619-603-2466
david@thistle.world
spacerangeradm1@icloud.com

OCTOBER 14, 2022

**Chair, Committee on Codes of Conduct**
**c/o General Counsel**
**Administrative Office of the United States Courts**
**Thurgood Marshall Federal Judiciary Building**
**One Columbus Circle, N.E.**
**Washington, D.C. 20544**
**+1-202-502-1100**

Dear Chair, Committee on Codes of Conduct,

Regrettably, and with a heavy heart, I am forced to inform you of the unacceptable behaviors of several Federal Court Judges, Magistrates and Staff members. 'Due process of Law" in Constitutional matters is very important. Moreover, the abuse of a Position of Authority in a State's Elections Office and Gubernatorial Office inclusive of Staff that is inconsistent with the Law of the Constitution of the United States in not just 1 State but 6 States in total is completely and utterly unacceptable. Without proper Public Accountability for criminal behavior in FAIR Elections how does the Public or "THE PEOPLE" maintain a TRUST in FAIR ELECTIONS?

Several months ago, I filed multiple Case Complaints in Federal Court. Not a single Secretary of State was Publicly Arrested or held Publicly Accountable for the illegal altering of Article 1 Section 2 Paragraph 2 of the United States Constitution to limit or disenfranchise, prevent from proper fund raising, and/or truncate the timeframe for otherwise qualified United States Representatives Ballot Candidates in those 6 States. To have Officers of States and Federal Judges who are sworn to "...preserve, protect, and defend the Constitution of the United States..." not living up to the required Oaths in accordance with and consistent with the XIV Amendment and not be Publicly held accountable is a breeding ground for Revolution, Insurrection and Public Unrest.

When I initially filed the Case Complaints with the attached concrete irrefutable empirical evidence of the illegal altering of Article 1 Section 2 Paragraph 2, I wholeheartedly and rightfully expected the Justice Department to act with due diligence and immediately without haste or reserve, send Officers of the Federal Government to affect arrests and properly and Publicly Defend the Constitution of the United States against this Domestic Terrorism.

Yes, "Domestic Terrorism" is the proper term as defined by the Department of Justice for illegally altering FAIR ELECTIONS while in a seat or position of authority in a State's Elected or Appointed Offices. So, why no proper action by the Judges, Magistrates and or Staff that saw my 7 Case Complaints? The 1st was filed for the Special Election in OHIO's 11th District in Judge Janis L. Sammartino's Courtroom. She dismissed the Case Complaint without the proper Public Defense of the Constitution as sworn by all Judges. This is minimally a standard Violation of Cannon 2A. Lalong with a XIV Amendment justifying her immediate dismissal from the Bench entrusted to her.

In addition to the aforementioned, I filed 6 Case Complaints on the Birthday of the National Guard, 13 December 2021 with very similar illegal altering of Article 1 Section 2 Paragraph 2 with zero arrests made or removals of the perpetrators from Office of those States to restore the FAITH in FAIR ELECTIONS in the UNITED STATES after a very questionable PRESIDENTIAL ELECTION that was followed by an INSURRESCTION. If the Justices of the Federal Courts are NOT satisfied with the submitted concrete irrefutable empirical evidence to affect arrests, an immediate investigation should have immediately been ordered to DEFEND the integrity of the United States Constitution and PROTECT "THE PEOPLE."

The 6 Cases Filed on 13 December 2021 are:

1. THISTLE v. OHIO 21-cv-2071
2. THISTLE v. NEW HAMPSHIRE 21-cv-2072
3. THISTLE v. ALABAMA 21-cv-2073
4. THISTLE v. ALASKA 21-cv-2074
5. THISTLE v. ARKANSAS 21-cv-2075
6. THISTLE v. COLORADO 21-cv-2076

These aforementioned Case Complaints were systematically DENIED the proper attention. Moreover, Judge Linda Lopez DID NOT DEFEND the United States Constitution with proper DUE DILLIGENCE in direct conflict with her SWORN OATH of OFFICE, Therefore, her BENCH failed to provide the proper preservation, protection, and defense of the Constitution of the United States. This is clearly a Cannon 2A and XIV Amendment Violation by her bench.

In addition to these 7 Case Complaints, I filed two other Case Complaints this year directly related to this "DEFENSE" of the Constitution of the United States issue. The THISTLE v. UNITED STATES (Department of Veterans Affairs) was interrupted due to 'Obstruction of Justice" because the United States Department of Veterans Affairs Records Officers failed to help me obtain copies of my Medical Records in a timely manner for the Court. Moreover, the "Records Officer" recommended illegally altering the "Medical Records" for the Court. This simple malpractice lawsuit would have provided proof of the Troop Depletion of Veterans by the United States Department of Veterans Affairs by the criminal overprescribing of Opioids and other medications. In addition, my primary goal of the Case Complaint was to provide new Procedures at the Dept. of Veterans Affairs Hospitals with regard to undiagnosed and misdiagnosed Traumatic Brain Injury. To place a Veteran in a Psychological Forced Hold without first Ruling Out TBI is illegal imprisonment.

Lastly, I filed THISTLE v. BIDEN & GARLAND 22-cv-0065. This Case Complaint has been tossed around like a "Hot Potato Game." Moreover, I was given 60 days to "Serve Merrick Brian Garland" and he and his department continue to obstruct Justice by NOT giving proper access to the Service Officers. In addition, GARLAND was in fact "SERVED LAST AS USUAL BY USPS MAIL" as directed. However, the Judge, Huie, took the inappropriate initiative to immediately dismiss the case without giving me the ability to properly provide the Court "Proof of Service."

To have ELECTION TAMPERING or DOMESTIC TERRORISM CASES before the COURT in a proper TIME FRAME for the COURT to CORRECT the INTEGRITY of the FAIR ELECTIONS PROCESS and NOT PROVIDE PROTECTION for FAIR ELECTIONS after an INSURRECTION at the UNITED STATES CAPITOL BUILDING is UNACCEPTABLE.

I respectfully request the removal of all three of the aforementioned Judges, their respective Magistrates and Staff that were aware of the assault upon FAIR ELECTIONS and THE CONSTITUTION of the UNITED STATES from their respective JOBS and BENCHES due to VIOLATIONS of CANNON 2A and the XIV Amendment. There is no justifiable reason for this unacceptable behavior and lack of action by Judges of the United States Federal Courts.

In Service,

David John Thistle